**STATE of Missouri, Plaintiff/Respondent,**

v.

**Martin L. ASHER, Defendant/Appellant.**

No. 58818.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 3, 1991.

G. Gregory Mermelstein, Columbia, for defendant, appellant.

William L. Webster, Atty. Gen., John P. Pollard, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

ORDER

PER CURIAM.

Defendant was convicted in a jury-waived trial of the class C felony of stealing, third offense, in violation of § 570.040, RSMo 1986. He appeals; we affirm. The judgment is based upon findings of fact that are not clearly erroneous and no error of law appears. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information

only setting forth the reasons for our order affirming the judgment pursuant to Rule 30.25(b).